# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| TINA MARIE WELLS, | ) | |
|     Petitioner, | ) | Civil Case No. 7:14cv00232 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNNAMED, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court.

Further, finding that Wells has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

    Entered: June 23, 2014

    /s/ Michael F. Urbanski

    Michael F. Urbanski
    United States District Judge